## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

TIFFANY LYNN MCDONALD,              )
                                    )
        Plaintiff,                  )
                                    )
v.                                  )          Case No. CIV-24-139-SM
                                    )
MARTIN J. O'MALLEY,                 )
Commissioner of Social Security,    )
                                    )
        Defendant.                  )

## ORDER

Now before the Court is the Report and Recommendation of United States Magistrate Judge Suzanne Mitchell.  No objection to the Report and Recommendation has been filed within the time allowed, and no extension of time in which to object has been sought or granted.

Therefore, the Report and Recommendation of the Magistrate Judge (Doc. No. 8) is ADOPTED in its entirety.  This matter is DISMISSED without prejudice.

IT IS SO ORDERED this 26th day of July, 2024.

_____
CHARLES B. GOODWIN
United States District Judge